**92–1960.** State v. Felder. *Lorain County*, No. 91CA005230. This cause is pending before the court on the filing of a motion for leave to appeal from the Court of Appeals for Lorain County and as a claimed appeal as of right from said court. Appellant's request for extension of time to file a memorandum in support of jurisdiction was denied by this court on September 29, 1992. It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte*, effective March 4, 1993.

**92–2067.** State v. Jones. *Cuyahoga County*, No. 60966. This cause is pending before the court on the filing of a motion for leave to appeal from the Court of Appeals for Cuyahoga County and as a claimed appeal as of right from said court. Appellant's request for extension of time to file a memorandum in support of jurisdiction was denied by this court on October 14, 1992. It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte*, effective March 4, 1993.

**92–2100.** Siegel v. Neff. *Cuyahoga County*, No. 60496. *Sua sponte*, cause dismissed for want of prosecution, effective March 4, 1993.

**92–2102.** Seymour v. Stotski. *Franklin County*, No. 91AP–1336. This cause is pending before the court on the filing of a motion for an order directing the Court of Appeals for Franklin County to certify its record and as a claimed appeal as of right from said court. Appellant's request for extension of time to file a memorandum in support of jurisdiction was denied by this court on October 26, 1992. It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte*, effective March 4, 1993.

**92–2112.** Carpenter v. Martin. *Franklin County*, No. 91AP–1373. *Sua sponte*, cause dismissed for want of prosecution, effective March 4, 1993.

**92–2225.** O'Brien v. Diamond S. & L. Co. *Franklin County*, No. 92AP–177. This cause is pending before the court on the filing of a motion for an order directing the Court of Appeals for Franklin County to certify its record. Appellant's request for extension of time to file a memorandum in support of jurisdiction was denied by this court on November 16, 1992. It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte*, effective March 4, 1993.

**92–2270.** State ex rel. Rossi v. Hayes. In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's application to dismiss,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective March 3, 1993.

ACCORDINGLY IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.